RICHARD TRINKLE, ET AL. v. INGA JOHNSON, ETC., ET AL.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. BRADFORD SMITH.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KEITH HALL.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL LANGFORD.

December 16, 1986.

Petition for certification denied.